UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Hospital Service District 1 of the Parish of East Baton Rouge, Louisiana,<br><br>Plaintiff,<br><br>v.<br><br>Blue Cross and Blue Shield of Alabama, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-01476 (RDP) |

NOTICE OF APPEARANCE

Please take notice that Evan R. Chesler, Christine A. Varney, Karin A. DeMasi, Lauren R. Kennedy, David Kumagai and Jeffrey Then of Cravath, Swaine & Moore LLP hereby appear as counsel of record for Defendant Blue Cross and Blue Shield of Alabama.

Dated: December 7, 2018

        CRAVATH, SWAINE & MOORE LLP,

      by s/ Evan R. Chesler
         Evan R. Chesler

        Worldwide Plaza
        825 Eighth Avenue
        New York, NY 10019
         (212) 474-1000

        *Attorney for Defendant Blue Cross and Blue Shield of Alabama*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, on this 7th day of December, 2018, filed the foregoing using the Court's electronic filing system, which will automatically serve all counsel of record.

CRAVATH, SWAINE & MOORE LLP,

by    s/ Evan R. Chesler
            Evan R. Chesler

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000